**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-40923
Summary Calendar
_____

GETZELL JOHNSON MURRELL, JR.,

Plaintiff-Appellant,

VERSUS

GARY W. MORGAN,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:95-CV-213)
_____

August 1, 1996

Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]


This is a diversity case in which Getzell Murrell, Jr., sues his former attorney for malpractice, for alleged inadequate representation in criminal proceedings. Murrell pleaded guilty to the offenses. In Texas, as in most jurisdictions, one cannot sue his attorney under such circumstances unlessSSwhich has not

Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

happened hereSSShe has been legally exonerated of the charges. *See, e.g., Peeler v. Hughes & Luce*, 868 S.W.2d 823 (Tex. App.SSDallas 1993), *aff'd*, 909 S.W.2d 494 (Tex. 1995).

The magistrate judge wrote a lucid report and recommendation, filed September 25, 1995. It is correct, and the district court entered judgment dismissing the appeal on the basis thereof. Based on the plain authority cited in the report, Murrell has no good-faith basis on which to appeal. The appeal, accordingly, is DISMISSED as frivolous. *See* 5TH CIR. R. 42.2.